# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TREVOR GEIGER, and MARISA GEIGER,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>) |
| **CAVALRY PORTFOLIO SERVICES, LLC, and CAVALRY SPV I, LLC,** | )<br>)<br>) |
| **Defendants.** | ) |

CASE NO.:
2:14-cv-1751-KOB

## NOTICE OF SETTLEMENT

**COMES NOW** defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC (collectively, the "Defendants"), by and through their undersigned counsel, and hereby inform the Court that a settlement of the present matter has been reached as to all claims of plaintiffs Trevor Geiger and Marisa Geiger against Defendants.

As a result of the settlement, Defendants request that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 8th day of October, 2014.

                                                *s/ Ryan J. Hebson*
                                              R. Frank Springfield (SPR024)
                                              Ryan J. Hebson (HEB003)

21873590 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
fspringf@burr.com
rhebson@burr.com

Attorneys for Defendants
CAVALRY PORTFOLIO SERVICES, LLC AND
CAVALRY SPV I, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John G. Watts | M. Stan Herring |
| Watts & Herring, LLC | Watts & Herring, LLC |
| The Kress Building | The Kress Building |
| 301 19th Street North | 301 19th Street North |
| Birmingham, Alabama  35203 | Birmingham, Alabama  35203 |

      I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A            .

      Respectfully submitted,

      *s/ Ryan J. Hebson*
      Ryan J. Hebson (HEB003)
      Of Counsel

21873590 v1